FRAILING, ROCKWELL, KELLY & DUARTE
By: Jeffrey R. Duarte
State Bar No. 186190
P.O. Box 0142
Modesto, CA  95353-0142
Telephone: (209) 521-2552
FAX: (209) 526-7898

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA G. FOUISSI | CIVIL NO. 1:07-CV-0445 DLB |
| Plaintiff, | |
| vs. | STIPULATION AND ORDER TO EXTEND TIME |
| Michael J. Astrue, Commissioner of Social Security, | |
| Defendant. | |

IT IS HEREBY STIPULATED by and between the parties, subject to the approval of the Court, that plaintiff's time to serve plaintiff's letter brief on respondent be extended from October 31, 2007 to November 30, 2007.

///
///
///
///
///
///

1    This is plaintiff's first request for an extension of time.
2    Plaintiff needs additional time to further review the file and
3    prepare the letter brief.

                                         Respectfully submitted,

7    Dated: October 26, 2007          By */s/Jeffrey R. Duarte*
                                         Jeffrey R. Duarte
8                                        Attorney for Plaintiff


10
11   Dated: October 26, 2007          McGREGOR W. SCOTT
                                      United States Attorney

                                      By */s/Elizabeth Firer*
13                                       (As authorized by facsimile)
                                         Elizabeth Firer
14                                       Special Assistant U.S. Attorney


16       IT IS SO ORDERED.

17       **Dated:   October 31, 2007**           **/s/ Dennis L. Beck**
                                         UNITED STATES MAGISTRATE JUDGE

2