IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRENDA GALE FOUISSI, | ) | 1:07cv0445 DLB |
| | ) | |
| | ) | |
| | ) | |
| | ) | ORDER DISCHARGING |
| | ) | ORDER TO SHOW CAUSE |
| vs. | ) | |
| | ) | (Document 17) |
| MICHAEL J. ASTRUE, Commissioner, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On March 20, 2007, Plaintiff filed the present action for judicial review of the denial of Social Security benefits.  The Court issued an order to show cause why the action should not be dismissed on February 21, 2008, based on Plaintiff's failure to file an opening brief.

On February 27, 2008, Plaintiff responded to the order, explaining that the parties have agreed to remand the action.  Accordingly, the order to show cause is DISCHARGED.  The parties SHALL file a stipulation and proposed order to remand as soon as possible.


IT IS SO ORDERED.

   **Dated:   February 28, 2008**          _____ **/s/ Dennis L. Beck**_____
                                                  UNITED STATES MAGISTRATE JUDGE

1