IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRENDA GALE FOUISSI,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>MICHAEL J. ASTRUE, Commissioner,<br><br>　　　　　　Defendant. | 1:07cv445 DLB<br><br>ORDER GRANTING STIPULATION<br>FOR REMAND<br><br>(Document 19) |

　　　　On February 29, 2008, the parties submitted a stipulation that the action be remanded to the Commissioner of Social Security for further administrative action pursuant to sentence four of section 205(g) of the Social Security Act, as amended, 42 U.S.C. § 405(g).

　　　　The stipulation to remand is GRANTED and the action is REMANDED to the Commissioner.  The Clerk is ordered to ENTER JUDGMENT IN FAVOR of Plaintiff Brenda Gale Fouissi and against Defendant Michael J. Astrue.

　　　　On remand, the Appeals Counsel shall instruct the Administrative Law Judge to (1) re-evaluate Dr. Basil Allaire's medical opinion and provide rationale for accepting or rejecting his opinion; (2) obtain testimony of a vocational expert to determine whether Plaintiff can perform a

1

significant number of jobs existing in the national economy; and (3) ask the vocational expert whether his/her testimony conflicts with job descriptions contained in the Dictionary of Occupational Titles.

IT IS SO ORDERED.

    **Dated:**   **March 4, 2008**                       **/s/ Dennis L. Beck**
                                                                             UNITED STATES MAGISTRATE JUDGE